UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES and MARIANNE ORTEGA,<br><br>    Plaintiffs,<br><br>    v.<br><br>JAYCO, INC.,<br><br>    Defendant. | No. 1:17-cv-03021-SAB<br><br>**ORDER DISMISSING CLAIMS AND CLOSING CASE** |

Before the Court is the parties' Stipulated Notice of Dismissal With Prejudice and Without Costs or Fees to Any Party, ECF No. 12. The parties, through counsel, stipulate to dismiss all claims and counterclaims with prejudice pursuant to Fed. R. Civ. P. 41(a)(1(ii). The Court accepts the stipulation, enters it into the record, and closes the case.

//
//
//
//
//
//
//
//
//

**ORDER DISMISSING CLAIMS AND CLOSING CASE ^ 1**

Accordingly, **IT IS HEREBY ORDERED** that:

1. The parties' Stipulated Notice of Dismissal With Prejudice and Without Costs or Fees to Any Party, ECF No. 12, is **ACCEPTED** and **ENTERED** into the record.

2. All claims and counterclaims are **DISMISSED WITH PREJUDICE**. There will be no award of fees or costs.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, forward copies to counsel, and **CLOSE** the case.

**DATED** this 15th day of August, 2017.



Stanley A. Bastian
United States District Judge

**ORDER DISMISSING CLAIMS AND CLOSING CASE ^ 2**